```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX039228
Cashier ID: mf
Transaction Date: 07/05/2011
Payer Name: SERGEI LEMBERG
-------------------------------------
CIVIL FILING FEE
 For: SERGEI LEMBERG
 Amount:        $350.00
-------------------------------------
CREDIT CARD
 Amt Tendered: $350.00
-------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

11-CV-1750


A fee of $45.00 will be assessed on
any returned check.
```